**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

The Bank of New York Mellon f/k/a The Bank of
New York as successor trustee for JPMorgan Chase
Bank, N.A., as Trustee for the benefit of the          CASE NUMBER: 1:12-cv-8051
Certificate holders of Equity One ABS, Inc.
Mortgage Pass-Through Certificates Series 2004-1,

                    PLAINTIFF

          VS.                          DISTRICT JUDGE: Robert M. Dow, Jr

Michael E. Ward, JP Morgan Chase Bank, N.A.          MAGISTRATE JUDGE: Geraldine Soat Brown
formerly known as Bank One, N.A.,

          DEFENDANT(S).

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**
**AND JUDGMENT OF FORECLOSURE**

        NOW COMES the Plaintiff, The Bank of New York Mellon, by Burke Costanza &
Carberry LLP, one of its attorneys, and in support of its Motion for Default Judgment and
Judgment of Foreclosure, states as follows:

1.  Plaintiff initiated these proceedings on October 9, 2012, seeking a Judgment of
    Foreclosure and Sale.

2.  Defendants were duly served with a copy of the Complaint and Summons as set forth on
    the attached Certificate of Service.

3.  Defendant, Michael E. Ward, filed an answer/letter in which they failed to deny the
    allegations in the Complaint, and the Court has converted Plaintiff's Motion for
    Judgment on the Pleadings to a Motion for Summary Judgment and granted the Motion.

4.  More than twenty-one (21) days have elapsed since Defendant, JP Morgan Chase Bank,
    NA formerly known as Bank One, NA was served, and it has failed to answer, plead, or
    otherwise defend the allegations of Plaintiff's Complaint. Defendants' failure to defend
    and deny the allegations of Plaintiff's complaint results in those allegations being
    admitted and Plaintiff therefore moves the Court for the entry of Default Judgment.

5.  With the granting of Summary Judgment against Defendant, Michael E. Ward, Plaintiff
    requests that the Court enter a Judgment of Foreclosure and order a sale of the property.

WHEREFORE, the Plaintiff respectfully requests that this Court enter an Order Granting Default Judgment and a Judgment of Foreclosure, for that amount set forth and made certain in its Judgment Affidavit.

Respectfully submitted,

By: _____ /s/ Julia M. Bochnowski_____

Julia M. Bochnowski #6301499
Burke Costanza & Carberry LLP
Attorneys for Plaintiff
225 W. Washington St, Suite 2200
Chicago, Illinois 60606
(219) 769-1313